

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
10-1-18
OCT - 1 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FIDEL URBINA

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

F.B.I. AGENTS THAT WAS INCHARGED TO ARREST ME ON 10/23/16

1:18-cv-06666
Judge Manish S. Shah
Magistrate Judge Jeffrey T. Gilbert
PC2

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

___ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

X COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: FIDEL URBINA
   B. List all aliases: EDGAR EDEL HERNANDEZ DIAZ
   C. Prisoner identification number: 2017 042 7237
   D. Place of present confinement: CCDOC COOK COUNTY JAIL
   E. Address: CCDOC CHICAGO IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: FBI AGENTS THAT WAS IN
      Title: CHARGED OF MY ARREST ON 10/23/16
      Place of Employment: F.B.I.

   B. Defendant: _____
      Title: _____
      Place of Employment: _____

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

AT THE MUNICIPIO DEL VALLE SARAGOZA CHIHUAHUA CHIHUAHUA MEXICO. ON 10/23/16 I WAS ARRESTED BY THE MEXICAN POLICE (PGR) AND THE FBI. ON THIS DAY I WAS FIXING A TRUCK IN FRONT OF MY NEIGHBORS HOUSE WHEN THE AGENTS APPROACH ME AND WITH OUT IDENTIFYING THEIR SELF THEY GUN POINTED ME AND HAND CUFF ME. AFTER THEY HAND CUFF ME, THEY TREW ME IN A TRUCK AND DROVED ME TOWARDS THE CITY CHIHUAHUA CHIHUAHUA AND AFTER DRIVING ABOUT 20 MIN THEY STOP AND GOT ME OUT OF THE TRUCK AND ASK ME MY NAME, I TOLD THEM MY NAME IS EDGAR DIAZ AT THAT MOMENT I TOUGHT I HAD BEEN KIDNAPPED. THEN THE FBI AGENT TOLD ME THAT HE KNEW MY NAME WAS FIDEL URBINA HE ASK ME TO SIGN A STATEMENT SAYING THAT I WAS FIDEL. I TOLD HIM I WAS NOT GOING TO SIGN NOTHING. HE SAID HE WORK FOR THE FBI

Revised 9/2007

TO RUN THEN HE WAS GOING TO START SHOOTING

AFTER THIS THEY TOOK ME TO A PARKING LOT IN A HOTEL AND HE TOLD ME TO STOP RESISTING AND TELL ME IF YOU ARE FIDEL OR NOT, I TOLD HIM PLEASE JUST TAKE ME TO THE POLICE STATION. THEN HE TOLD ME I SHOULD JUST LET YOU GO AND SHOOT YOU.

SINCE THIS DAY I AM HAVING TROUBLE SLEEPING AND MY SHOULDER IS MEST-UP. I AM PROBABLY GOING TO NEED SURGERY.

AND IT WAS BETTER FOR ME TO SIGN. I TOLD HIM THAT I WANTED A LAWYER. THEN HE SAID. "YOU KNOW I HAVE ORDERS TO TAKE YOU TO CHICAGO DEAD OR ALIVE AND FOR ME IT'S EASIER TO KILL YOU AND TAKE YOU DEAD." I TOLD ME TO STOP WAISTING HIS TIME THAT I WAS NOT GOING TO SIGN NOTHING. SO THE FBI AGENTS GOT ANGRY AND HUNG ME ON A TREE BY THE HAND CUFFS. AT THIS MOMENT I FELT MY SHOULDER POPPED. WHILE I WAS HANGING ON THE TREE HE STARTED PUNCHING ME ON THE LOWER PART OF MY RIBS THEN HE TOOK HIS GUN OUT AND PUT IT INSIDE MY MOUTH AND TOLD ME "I WISH YOU WOULD HAVE RESIST I WANTED SOME ACTION I HAD YOUR HEAD ON TARGET I WOULD'VE KILL YOU". THEN HE SAID "LOOK IF YOU SIGN THIS PAPER I WILL LET YOU GO". I TOLD HIM I WAS NOT GOING TO SIGN NOTHING. THEN THE (PGR) MEXICAN POLICE TOLD THEM TO STOP TORTURING ME THAT I DIDN'T RESIST AND THEY ALREADY HAD ME. THEN HE SAID (THE FBI AGENT) OK AM GOING TO LET YOU GO AND AM GOING TO GIVE YOU 5 SECONDS

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT COMPENSATION FOR PAIN AND SUFFERING, EXCESSIVE USE OF FORCE, PSYCHOLOGIC TRAUMA, THE DAMAGE ON MY SHOULDER AND MEDICAL TREATMENT AND REHAB FUNDS.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10 day of SEPTEMBER 20 18

Fidel Urbina. A

(Signature of plaintiff or plaintiffs)

FIDEL URBINA
(Print name)

2017 042 7237
(I.D. Number)
CCDOC   P.O. BOX 089002

CHICAGO IL. 60608

(Address)



Fidel Urbina
#20170427237
P.O. Box 089002
Chicago, Ill. 60608

United States District,
219 S. Dearborn Street
Chicago, Ill. 60604



Case: 1:18-cv-06666 Document #: 1 Filed: 10/01/18 Page 9 of 9 PageID #:9