**PRISONER CASE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Prisoner Civil Cover Sheet

**FILED**
OCT -1 2018
10-1-18
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** FIDEL URBINA

**Defendant(s):** F.B.I AGENTS THAT WAS INCHARGED TO ARREST ME ON 10/23/2016 

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Fidel Urbina
#2017-0427237
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**
AUSA
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, Illinois 60604

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[ ] 3. Federal Question (U.S. gov't. not a party)
[✓] 2. U.S. Government Defendant
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

1:18-cv-06666
Judge Manish S. Shah
Magistrate Judge Jeffrey T. Gilbert
PC2

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 28:1331b

**Jury Demand:** [✓] Yes [ ] No

**Signature:** *[signature]*

**Date:** 10-01-2018