

FILED
12/21/2018
PK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
EC NOV 27 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FIDEL URBINA
2017-0427237

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 18 C 6666
(To be supplied by the Clerk of this Court)

F.B.I. Agency,
F.B.I. Agent Jeffrey Sallet,
F.B.I. Agent John Doe

JUDGE MANISH S. SHAH

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

_______ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

✓ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_______ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: FIDEL URBINA

B. List all aliases: EDGAR DIAZ HERNANDEZ/EDGAR E. DIAZ

C. Prisoner identification number: 2017-0427237

D. Place of present confinement: COOK COUNTY D.O.C.

E. Address: P.O. BOX 089002 CHICAGO ILLINOIS 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Jeffrey Sallet

Title: F.B.I. Agent in charge of the Chicago Office

Place of Employment: The F.B.I. Chicago office

B. Defendant: John Doe

Title: F.B.I. Agent in charge of my arrest

Place of Employment: F.B.I. Agency

C. Defendant: F.B.I. Agency

Title: F.B.I. Agency

Place of Employment: ______

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______________________________

B. Approximate date of filing lawsuit: ______________________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________________________

D. List all defendants: ______________________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________________

F. Name of judge to whom case was assigned: ______________________________

G. Basic claim made: ______________________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

I. Approximate date of disposition: ______________________________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff Fidel Urbina, currently confined at the Cook County Jail and proceeding pro se, brings this civil rights action under Bivens V. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), against the "F.B.I. Agents in charge of his arrest. (Dkt. 1, Compl.).

Plaintiff alleges that the FBI agent who arrested Plaitiff in Mexico in October 2016: threatened to kill him if he did not sign a paper; placed a gun in his mouth and told him that the agent had orders to take plaintiff to Chicago "dead or alive" and that Plaintiff should run so the agent could kill him; placed hand-cuffs on Plaintiff; and then hung him from a tree by the hand cuffs and punched Plaintiff

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Several times in the stomach.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

FOR THE DEFENDENTS TO PAY FOR PAIN AND SUFFERINGS; TO PAY FOR MEDICAL ATTENTION IF NEEDED; TO PAY FOR ANY REHAB TREATMENT; AND TO PAY FOR ANY MENTAL DAMAGE OR TRAUMA TO THE PLAINTIFF

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19th day of November, 20 18

Fidel Urbina
(Signature of plaintiff or plaintiffs)

Fidel Urbina
(Print name)

2017-0427237
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
(Address)

FIDEL URBINA
2017-0427237
P.O. Box 089002
Chicago-IL 60608

S SUBURBAN IL 604
20 NOV 2018 PM 9 L

USA FOREVER 2017

CLERK OF THE U.S. DISTRICT COURT
219 South Dearborn street, 20th FLOOR
Chicago, IL 60604

11/27/2018-41

60604-189420

LEGAL MAIL