UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
SEP 18 2019 BN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FIDEL URBINA
　　　　PLAINTIFF
V.
JEFFREY SALLET, SPECIAL AGENT IN CHARGE, CHICAGO DIVISION, F.B.I.
　　　　DEFENDANT

No. 18 C 6666

JUDGE SHAH

PLAINTIFF RESPOND TO THE MOTION TO DISMISS BY DEFENDANT

FIDEL URBINA PLAINTIFF, BEFORE THEY MAKE A DECISION ON SALLET'S MOTION TO DISMISS I AM REQUESTING THIS COURT THAT THE DEFENDANT IDENTIFIES ALL OF THE F.B.I. AGENTS THAT WAS INVOLVED WITH URBINA'S ARREST, THAT WAY AFTER THE DEFENDANT IDENTIFIES THE AGENTS, THE PLAINTIFF CAN IDENTIFY THE ABUSER.

　　　　　　RESPECTFULLY
　　　　　　FIDEL URBINA
　　　　　　2017-0427237
　　　　　　CCDOC. P.O. BOX 089002
　　　　　　CHICAGO, IL 60608

CERTIFICATE OF SERVICE

FIDEL URBINA HEREBY CERTIFIES THAT IN ACCORDANCE WITH FED. R. CIV. P. 5, LR 5.5, AND THE GENERAL ORDER ON ECF, THE FOLLOWING DOCUMENT:

PLAITIFF RESPOND TO THE MOTION TO DISMISS BY DEFANDANT.

WAS CAUSED TO BE SENT BY FIRST-CLASS MAIL ON SEPTEMBER 9, 2019, TO THE COURT

Name: FIDEL URBINA
ID#: 2017-0427237
Div.: 9    Tier: 3H
P.O. Box 089002
Chicago, IL 60608

NEOPOST
09/12/2019
US POSTAGE $000.50



ZIP 60608
041M11297257

2019 SEP 18 AM 8:15 AM

PRISONER CORRESPONDENCE
CLERK'S OFFICE
US DISTRICT COURT 219 SOUTH
DEARBORN ST. 20TH FLOOR
CHICAGO, IL 60604

60604$9999