UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Fidel Urbina

                Plaintiff,

v.                                                              Case No.: 1:18−cv−06666
                                                                   Honorable Manish S. Shah

Federal Bureau of Investigation, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 7, 2019:

      MINUTE entry before the Honorable Manish S. Shah: After the court granted the government's motion to dismiss, the court received a response to the motion from Plaintiff [24]. Plaintiff seeks the names of the FBI agents involved with his arrest in Mexico. The motion to dismiss provides the last names of the FBI attachs who may have been involved with Plaintiff's arrest. Plaintiff's response does not address the lack of personal jurisdiction over the potential defendants, and if Plaintiff seeks to challenge the court's 9/10/19 order, he should follow the instructions stated in that order. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.